IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-018 |
| | * | |
| ZACK GORDON, III; GREGORY GORDON; and MISTAHOU BATIGA, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Pending before the Court is the Government's Motion to Partially Dismiss Count Three of the Superseding Indictment. (Doc. 129.) The Government moves to dismiss the portion of Count Three of the Superseding Indictment pertaining to possession with intent to distribute marijuana (Schedule I). (Doc. 129.) The Government also moves to redact any reference to the term "marijuana" from the Superseding Indictment to avoid confusing the jury.

Rule 48(a) permits the government to dismiss an indictment or a portion of an indictment with leave of the court. Fed. R. Crim. P. 48(a); United States. v. Brazel, 102 F.3d 1120, 1142 n.10 (11th Cir. 1997) ("Rule 48(a) covers the dismissal of counts of an indictment as well as the whole."). The defendant's consent is not required when the motion is made before the jury is sworn in. United States v. Del Vecchio, 707 F. 2d 1214, 1216 (11th Cir. 1983) (upholding district court's dismissal of indictment without

defendant's consent when dismissal took place after jury was selected but before it was sworn).

Upon consideration, the Court hereby **GRANTS** the Government's motion to partially dismiss Count Three of the Superseding Indictment regarding Possession with Intent to Distribute Marijuana (Schedule I) (Doc. 129.) The other allegations contained in Count Three are to remain in effect. The Court further **ORDERS** that the term "marijuana" be redacted from the Superseding Indictment to avoid confusing the jury. The Government shall provide an appropriately redacted Superseding Indictment for trial purposes prior to jury selection.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of August, 2019.

---
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA